UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_Texarkana_ DIVISION

Felicia Gray
_____

_____

Name of Plaintiff(s)

vs

AECom / ~~Vernon Lewis~~
_____

_____

Name of Defendant(s)

Case Number: 5:19cv 168

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2..    Plaintiff, Felicia Gray , is a citizen of the United States
          (name of plaintiff)

and resides at 7309 Highlandvilla Street , Texarkana ,
                        (street address)                              (city)

Bowie , Texas , 75503 , 903-319-3724
(county)          (state)          (zip)          (telephone)

3..    Defendant, _AECom /Vernon Lewis_____, resides at, or its business is
                      (name of defendant)

located at __12   Chapel  Lane_____, _New Boston_,
                      (street address)                          (city)

_Bowie_____, _Texas___, _75570_ ,_(903) 223-9758_
   (county)              (state)          (zip)          (telephone)

4.    Plaintiff sought employment from the defendant or was employed by the defendant

at _100  James Carlow Drive_____, _Texarkana_____,
                    (street address)                              (city)

_Bowie_____, _Texas_____, _75570_.
      (county)                    (state)              (zip)

5.    Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about __6|25|19_____.
                                            (month, day, year)

6.    Plaintiff filed charges against the defendant with the Equal Employment Opportunity
      Commission charging defendant with the acts of discrimination indicated in paragraphs
      9 and 10 of this complaint on or about __July 2019_____.
                                                           (month, day,  year)

7.    The Equal Employment Commission issued a Notice of Right to Sue which was
      received by plaintiff on _9|24| 19_____.
                                        (month day, year)

8.   Because of plaintiff's (1) ___✓___ race, (2) _____ color, (3) _✓_ sex,

(4) _____ national origin,   defendant:

a.   ___✓___ failed to employ plaintiff.

b.   ___✓___ terminated plaintiff's employment.

c.   ___✓___ failed to promote plaintiff.

d.   _✓_ Other removed + replaced with someone out of my protected status.

9.   The circumstances under which the defendant discriminated against plaintiff were as follows:

I was the only black person in the office, there where 2 other white females + 3 white males. On June 25/19 I was removed from my position + replaced with someone out of my protected class. Mr Lewis hired another ladies daughter that also worked in the office. All of this stems from me asking for job audit on my job because I knew the lady that held the position previous was paid double of my pay. After I brought that up I was then subject to bullying + harassment. They started to try and get rid of me. Since being put in new position, which is still under same Directors Division I have been bullied, harassed, + intimidated. I was issued a right to sue letter on 9/24/19.

10.  The acts set forth in paragraph 9 of this complaint:

   a.  √  are still being committed by defendant.

   b.  _____  are no longer being committed by defendant.

   c.  _____  defendant may still be committing the acts.

11.  Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.  WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   a.  _____  Defendant be directed to employ plaintiff.

   b.  _____  Defendant be directed to re-employ plaintiff.

   c.  √  Defendant be directed to promote plaintiff.

   d.  √  Defendant be directed to _pay compensatory + punitive damages._ and that the _back pay for loss wages._

   Court grant such relief as may be appropriate, including injunctive orders,

   damages, costs and attorney's fees.


_____
(Signature of Plaintiff)